

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-123-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| PETER RAYMOND OLIN, | |
| Defendant. | |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that the Change of Plea set for Friday, May 25, 2018 at 2:30 p.m. is VACATED and RESET for **Friday, May 25, 2018 at <u>8:30 a.m.</u>** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 24th day of May, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1